UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-60861-CIV-MARTINEZ-BROWN**

CYNTHIA BROWN,

    Plaintiff,

vs.

JOHN E. POTTER,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND
RECOMMENDATION AND CLOSING CASE**

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Plaintiff Cynthia Brown's pro se complaint.  The Magistrate Judge filed a Report and Recommendation (D.E. No. 8), recommending that Plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.  Rule 8(a)(2) requires Plaintiff to make "a short and plain statement of the claim showing that the pleader is entitled to relief." "A complaint need not specifiy in detail the precise theory giving rise to recovery.  All that is required is that the defendant be on notice as to the claim being asserted against him and the grounds on which it rests." *Sams v. United Food & Comm'l Workers Int'l Union*, 866 F.2d 1380, 1384 (11th Cir. 1989).  Here, however, as Magistrate Judge Brown found, Plaintiff's complaint is conclusory and fails to meet this standard.  Plaintiff's complaint states only in relevant part that she is alleging "[d]iscrimination based on race as an employee with the United States Postal Service" and then she asks for one million dollars "for undue stress, mental anguish,

failure to provide reasonable accommodations thus creating a hostile work environment." (D.E. No. 1 at 1, 3). She fails to state in what manner she was discriminated against based on her race, why she was entitled to "reasonable accommodations," nor does she explain how she was subjected to a hostile work environment.

Plaintiff has filed objections to Magistrate Judge Brown's Report and Recommendation in an apparent attempt to clarify her claim. She states "[t]he issue in this case involves management's portrayal of my failure to qualify via training on a scheme awarded by Retreat Right." She states that management's portrayal of her as experiencing "computer problems" was "inaccurate" because "another employee . . . white female Mary Whisler also experience[d] some of the same problems . . . and was given addition[al] hours." She states that "[t]he issue in my case involves management's down right refusal to make every reasonable [sic] to grant additional time and hours during my training." These statements, however, do not in any way clarify Plaintiff's claim.

Specifically, Plaintiff's objections do not demonstrate how she was discriminated against. She merely states that a white employee experienced computer problems like she did and that this employee received "additional hours" although it is unclear what these "additional hours" were. They could be additional work hours, additional training hours, or even additional vacation hours. It is also unclear what exactly Plaintiff did not qualify for and whether this other employee did eventually qualify for whatever it was Plaintiff was seeking. Moreover, Plaintiff has made no allegations regarding her own race or stating that her alleged comparitor is of a different race. The basis of Plaintiff's claim remains a mystery. It also remains unclear why Plaintiff was entitled to reasonable accommodation as she never states that she has a particular

disability.  Finally, it is also unclear how Plaintiff was exposed to a hostile work environment as she makes no more mention of this claim.  Thus, after reviewing the entire file and record and making a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, it is

      **ORDERED and ADJUDGED** that

      1.     United States Magistrate Judge Brown's Report and Recommendation (D.E. No. 8) is **AFFIRMED** and **ADOPTED**.

      2.     Plaintiff's complaint is dismissed without prejudice.

      3.     This case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of June, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record
Cynthia Brown